Printed: 09/29/10 10:34 AM

Page: 1

# Claims Distribution Small Checks

**Trustee: Bridget A. Brine (430170)**

**Case: 10-50337 - HORWATH, CURTISS R**

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 9200799300B266 | 106 | 09/29/10 | 4 | 07/19/10 | 610 | FRONTIER | 144.96 | 144.96 | 2.08 | $2.08 |

Payee: U.S. Bankruptcy Court

Check Amount: 2.08

RECEIVED
2010 SEP 30 AM 9:00
U.S. BANKRUPTCY COURT
DULUTH, MN

RECEIVED
2010 OCT -1 AM 9:01
U.S. BANKRUPTCY COURT
DULUTH, MN

(*) Denotes objection to Amount Filed